IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
) CASE NO. CR404-305
DAVID PAUL BAKER, )
)
Defendant. )
)

# ORDER

Before the Court is Defendant David Paul Baker's Request for Holloway Relief. (Doc. 40.) For the reasons that follow, the motion is **DENIED**.

In his motion, Defendant requests that this Court and the United States Attorney for the Southern District of Georgia Bobby L. Christine consider vacating Defendant's conviction under 18 U.S.C. § 924(c) and resentencing Defendant. (Doc. 40 at 3.) Defendant appears to rely on United States v. Holloway, 68 F. Supp. 3d 310 (E.D.N.Y. 2014). The Government opposes the motion. (Doc. 42.)

Defendant's motion must be denied. As the Government correctly points out, this Court is unable to provide Defendant with the relief he seeks. In Holloway, the defendant was convicted of three armed carjackings and, as a result, was sentenced to a total prison term of over 57 years due to the "stacking" of convictions pursuant to 18

U.S.C. § 924(c). 68 F. Supp. 3d at 312. The sentencing judge, well after Holloway exhausted his appeals, issued an order requesting the United States Attorney to consider exercising her discretion to agree to an order vacating two or more of Holloway's 18 U.S.C. § 924(c) convictions due to the severity of the sentence. Id. at 314. The United States Attorney ultimately agreed and two of Holloway's 18 U.S.C. § 924(c) convictions were vacated. Id. The sentence reduction in Holloway "depended entirely upon the acquiescence of the Government, i.e., by and through the prosecutorial prerogative of the Department of Justice." United States v. Brewer, No. CR 696-004, 2017 WL 1407651, at *1 (S.D. Ga. Apr. 19, 2017). Here, the Government has explicitly stated that it "does not consent to any such relief in Baker's case." (Doc. 42 at 2.) Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 10th day of July 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA